UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL TRINGALI, | |
| Plaintiff | Civil Action No. 12-04597 (JAP) |
| v. | **ORDER** |
| TOWNSHIP OF MANALAPAN, et al., | |
| Defendants. | |

This is an action brought by Plaintiff Michael Tringali against Defendants Township of Manalapan, Township of Manalapan Police Department, Detective Leonard Maltese, Detective Thomas Mantle, Detective Kevin Schmidt, ABC Corp. 1-3 and John Does 1-3.  Plaintiff alleges that Defendants violated 42 U.S.C. § 1983, 42 U.S.C. § 1986 and the New Jersey Constitution by falsely arresting and imprisoning him in connection with an unjustified charge of conspiracy.  Defendants Township of Manalapan, Township of Manalapan Police Department, Detective Leonard Maltese, Detective Thomas Mantle, Detective Kevin Schmidt (collectively, the "Manalapan Defendants") moved to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  The Court decides these matters without oral argument pursuant to Federal Rule of Civil Procedure 78.  For the reasons set forth in the accompanying Opinion,

**IT IS**, on this 18th day of April, 2013,

**ORDERED** that Defendant's Motion to Dismiss [docket entry no. 4] is **GRANTED** and Plaintiff's Complaint is **DISMISSED**.

/s/ Joel A. Pisano
JOEL A. PISANO, U.S.D.J.